Cite as 2024 Ark. 184

# SUPREME COURT OF ARKANSAS

IN RE ADDENDUM TO ADMINISTRATIVE PLAN FOR THE TENTH JUDICIAL CIRCUIT

**Opinion Delivered:** December 12, 2024

**PER CURIAM**

Pursuant to Arkansas Supreme Court Administrative Order No. 14, the Tenth Judicial Circuit submitted an addendum to its administrative plan. The addendum has been approved and shall be effective January 1, 2025.

The current, approved administrative plan shall remain in full force and effect until January 1, 2025.